THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jerry Jerome
 Johnson, II, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No.  2008-UP-215
 Submitted April 1, 2008  Filed April 4,
 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: Jerry Jerome Johnson appeals his guilty plea to
 trafficking in cocaine more than ten grams and possession of marijuana second
 offense.  On appeal, Johnson argues the trial judge erred by accepting the
 guilty plea when the State failed to introduce an official drug analysis.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Johnsons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON, SHORT
 and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.